WILLIAM F. NORTON et al., Respondents, *v.* NEW AMSTERDAM GAS COMPANY, Appellant.

*Norton* v. *New Amsterdam Gas Co.*, 69 App. Div. 10, affirmed.
(Argued March 23, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John C. Tomlinson* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

JAMES WHITE, Appellant, *v.* EDWARD LIVINGSTON, Appellant, and HENRY J. BROWN et al, Respondents, Impleaded with Others.

*White* v. *Livingston*, 69 App. Div. 361, affirmed.
(Argued March 23, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 27, 1902, affirming a judgment in favor of the respondents herein entered upon the report of a referee.

*Hector M. Hitchings* for plaintiff, appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for defendant, appellant.

*Frederick P. Bellamy, I. N. Sievwright, Franklin Couch* and *Charles De Hart Brower* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.